IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Dan Curtis Moore, Sr, | : | Chapter 7 |
| | : | |
| Debtor. | : | Case No.  23-13384 (PMM) |

## ORDER DISMISSING BANKRUPTCY CASE

**AND NOW** upon consideration of the Order to Show Cause (doc. #7, the "Show Cause Order"), notifying the Debtor that this bankruptcy case may be dismissed if he did not appear, see Show Cause Order;

**AND** the Debtor having failed to appear at the hearing held and concluded on December 12, 2023;

**AND** the Debtor having failed to file the required documents and schedules;

It is, therefore **ordered,** that the Debtor's bankruptcy case is hereby **dismissed**.

Date:  December 18, 2023

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE

Copy to:
Dan Curtis Moore, Sr
728 Ritter Street
Reading, PA 19601